CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUN 27 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LEE JOYNER, | ) | Civil Action No. 7:13-cv-00227 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WALTER SWINEY, et al., | ) | By:  Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for a preliminary injunction and motion for an evidentiary hearing are **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 27th day of June, 2013.

_/s/ Jackson L. Kiser_
Senior United States District Judge