CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
FEB 21 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LEE JOYNER,<br>Plaintiff, | ) ) ) | Civil Action No. 7:13-cv-00227 |
| v. | ) ) ) | ORDER |
| WALTER SWINEY, et al.,<br>Defendants. | ) ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that McCowan's name is **UPDATED** on the docket; Defendants' motion for summary judgment is **DENIED**; and this matter is **TRANSFERRED** to the docket of the Honorable James P. Jones, United States District Judge of this court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 21st day of February, 2014.

Senior United States District Judge